**Appeal Dismissed and Memorandum Opinion filed September 1, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00458-CV

**FREDA WHITE, Appellant**

**V.**

**PRIMOSE AT HERITAGE PARK, Appellee**

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1061446**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed May 11, 2015. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On July 14, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court

with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.